716

No. 141. MINUSE ET AL. v. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David V. Cahill* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Chester T. Lane, Roger S. Foster,* and *Theodore L. Thau* for the United States.

No. 142. CAMERON v. CIVIL AERONAUTICS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Daniel D. Carmell* and *Walter F. Dodd* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Walter J. Cummings, Jr.* for respondent.

No. 143. HANKIN v. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ira Jewell Williams, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson, John C. Harrington,* and *Walter J. Cummings, Jr.* for the United States.

No. 146. MILLER, TRUSTEE IN BANKRUPTCY, v. WOOLLEY. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Earl A. Moss* for petitioner. *Messrs. Frank P. Doherty, Joseph F. Rank,* and *Ralph C. Curren* for respondent.

No. 147. SOUTHERN RAILWAY CO. v. JESTER, ADMINISTRATRIX. October 9, 1944. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs.*